JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | | |
|---|---|---|
| Case No. | CV 08-7032-AG(ANx) | Date  February 5, 2009 |
| Title | Maureen Van Meter, et al v. Directv, Inc. | |

Present: The Honorable    ANDREW J. GUILFORD

| Lisa Bredahl | Not Present | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

Proceedings:    (In Chambers)    ORDER DISMISSING CONSOLIDATED CASE


    On January 26, 2009, this matter was consolidated into case SACV 08-741-AG(ANx): Annette Kahaly, et al v Directv, Inc., et al

    Accordingly, the Court orders the above-entitled action dismissed.


                                                                                                                                    :    0

Initials of Preparer    lmb